UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 08-0438M(CR) |
| | : | |
| ERIK M. LAMB, | : | VIOLATIONS: 18 U.S.C. § 2252A(a)(1) |
| Defendant. | : | (Transportation of Child Pornography) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

Between on or about April 21, 2008 and on or about June 30, 2008, **ERIK M. LAMB** did knowingly transport in interstate commerce or foreign commerce from a location outside the District of Columbia to the District of Columbia by any means, including a computer, child pornography as defined in Title 18, United States Code, Section 2256(8).

(**Transportation of Child Pornography**, in violation of Title 18, United States Code, Sections 2252A(a)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia