**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

SEALED

FILED
JUL 2 4 2008
Clerk, U.S. District and
Bankruptcy Courts

July 21, 2008

Office of the Clerk-USDC
1834 E. Barrettt Prettyman United States Courthouse
333 Constitution Avenue, N. W.
Washington, DC 20001-2802

Case Name:      <u>USA-vs-Erik Martin Lamb</u> CR 08-224 (JDB)
Case Number:    <u>5-08-70443-HRL  (Your Case# 08-438-m-01)</u>
Charges:        <u>18:2252</u>

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard Lloyd. The following action has been taken:

(X)    The U.S. Marshal has been ordered to remove this defendant
       to your district forthwith.
( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____Cita F. Escolano_____
Case Systems Administrator

Enclosures
cc: Financial Office

-------------------------------------------------------------------------------------
Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____

Date: _____        CLERK, U.S. DISTRICT COURT

                                                By _____
                                                   Deputy Clerk

CR 08-224 (JDB)

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>ERIK MARTIN LAMB | COMMITMENT TO ANOTHER DISTRICT<br>SEALED |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 08-438-m-01 | 08-mj-70443HRL | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment    ☐ Information    X Complaint    ☐ Other (specify)

charging a violation of    18    U.S.C. § 2252

**DISTRICT OF OFFENSE**
Columbia

**DESCRIPTION OF CHARGES:**

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office. ATTEST FILED:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____
Date: JUL 21 2008

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

**Representation:**    ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    X No    ☐ Yes    Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_7/21/08_                                        _____
Date                                        United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

Joseph P. Russionello
United States Attorney
450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

Attorneys for the United States

E-FILING

SEALED

FILED

JUL 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA  CR08-224 (JDB)

SAN JOSE DIVISION

08-70443 HRL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Erik Martin Lamb<br><br>Defendant. | CRIMINAL NO.<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on _____, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment   ☐ Information   ☑ Criminal Complaint   ☐ Other _____

pending in the _____ District of Columbia, Case Number 08-438-m-01

In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code, Section(s) 2252.

Description of Charges: _____.

Respectfully Submitted,
Joseph P. Russionello
UNITED STATES ATTORNEY

_____
Assistant U.S. Attorney

Date: 7/16/08

1

DOCUMENT NO  CSA's INITIALS
1
DISTRICT COURT
CRIMINAL CASE PROCESSING

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ERIK MARTIN LAMB**

**SEALED**

## CRIMINAL COMPLAINT

CR 08-224 (JDB)

CASE NUMBER: 08-438-M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between on or about __April 21, 2008, and on or about June 30, 2008__ in the District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

knowingly, transport or ship in interstate or foreign commerce, by any means, including by computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct.

in violation of Title __18__ United States Code, Section(s) __2252__.

I further state that I am __DETECTIVE JONATHAN ANDREWS__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____ D2-1500
Signature of Complainant
DETECTIVE JONATHAN ANDREWS
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

JUL 16 2008                        at   Washington, D.C.
Date                                    City and State

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

JUL-16-2008 17:46   US ATTORNEYS   US ATTORNEY OFFICE   Fax   Jul 16 2008 09:32am P004/009
Case 1:08-cr-00224-JDB   Document 3   Filed 07/24/2008   Page 5 of 18

08-438-M-01

# AFFIDAVIT

I, Jonathan K. Andrews Sr., being duly sworn, depose and state the following:

**Affiant's Background**

1. I am a Detective with the Metropolitan Police Department in Washington, DC (MPD) assigned to the Internet Crimes Against Children Unit (ICAC), and the Human Trafficking Task Force. I have been employed by the MPD for eighteen years. I have been Deputized through the United States Department of Justice's Marshal Service as a Special Deputy, and I am currently assigned to investigations relating to, among other things, crimes against children, including the sex trafficking of children, and child exploitation on the internet. I have also received training in prostitution investigations and the sex trafficking of children.

2. I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. I have made numerous arrests and interviewed numerous victims, witnesses, and suspects. I have participated in numerous child abuse investigations, child sex abuse investigations, and ICAC investigations.

4. The facts and information contained in this affidavit are based on my personal knowledge and observations, as well as upon information received from other individuals, to include other law enforcement officers who are assisting with this investigation, and my review of records and documents obtained during this investigation. This affidavit is based, in part, upon information provided to me by other members of the ICAC Task Force, including Metropolitan Police Detective Timothy Palchak and Federal Bureau of Investigation Special Agent Scott Schelble.

Page -1-

### Definitions/Terms

5.  Yahoo is a commercial computer service, also known as a commercial bulletin board, offering subscribers the ability to communicate online with other individuals through, inter alia, chat rooms, e-mail and/or instant messaging.

6.  Computer as used herein, is defined pursuant to 18 U.S.C. § 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

7.  Internet Protocol address (IP address) refers to a unique number used by a computer to access the Internet. IP addresses can be dynamic, meaning that the Internet Service Provider (ISP) assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

### The Investigation

8.  This affidavit is being submitted for the limited purpose of obtaining an arrest warrant. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to charge Erik Martin Lamb with a violation of Title 18, United States Code, Section 2252, titled "Certain activities relating to material involving the sexual exploitation of minors." For purposes of this request for an arrest warrant, child pornography is defined as indicated at 18 U.S.C. § 2256(8)(A)

9.  Erik Martin Lamb is described as a white male; date of birth

10. On May 17, 2007 at 1:39 p.m. PST, an individual using the Yahoo email name, "Givesamouthful" with a display name of John Smith sent Detective Palchak an email to his covert email account (daughterlover_maryland). Detective Palchak was using an undercover computer in the District of Columbia at this time. The message stated, "here is a pic of my in softball." Below the message was a picture of a female child wearing a softball uniform. On May 17, 2007, at 2:00 p.m. PST, Detective Palchak, while using an undercover computer in Washington, DC, received another email from "Givesamouthful." The email stated, "pic" and contained a picture of a clothed juvenile child. Detective Palchak had no further contact with this individual until April 9, 2008, at 4:36 p.m. PST, at which time "Givesamouthful" sent an email stating, "hey longtime no chat waz up mr.p."

11. On April 21, 2008. at 3:36 p.m. EST, Detective Palchak sent "Givesamouthful" an Instant Message (IM) via Yahoo Instant messenger. "Givesamouthful" responded to the IM and a conversation ensued. To date Detective Palchak has been communicating with "Givesamouthful" several times a week via email and Yahoo Instant Messenger. During the course of these conversations "Givesamouthful" sent hundreds of images and video clips via email and IM of prepubescent children engaged in sexual acts with adult men. These images were sent to Detective Palchak's undercover computer in Washington, DC.

12. During the course of these conversations "Givesamouthful" described himself as a 21 year-old white male residing in California. "Givesamouthful" further stated that he has a sexual interest in children under the age of 12 and stated that he is actively having sex with a prepubescent female that he baby-sits. "Givesamouthful" stated that he lives near a school and often photographs little girls while they are outside playing. "Givesamouthful" provided cell phone number

408-537-3827 to Detective Palchak and indicated that Detective Palchak could speak to "Givesamouthful" by calling that number. Detective Palchak contacted "Givesamouthful" via cell phone by calling                  . During the course of this investigation, Detective Palchak has spoken to "Givesamouthful" approximately ten times. Each time Detective Palchak reached "Givesamouthful" by calling cell phone number              .

13.    Further investigation revealed that the Yahoo account associated with the screen name of Givesamouthful@yahoo.com was registered to "John Smith" of Mountain View, California. (Yahoo! does not require users to provide accurate and truthful information when they sign up for an online account.) The IP addresses associated with logins to "Givesamouthful's" account showed that the majority of IP addresses were registered to publicly accessible computer networks in California operated by the Foothill-DeAnza Community College District and the Santa Clara County Government.

14.    Further investigation revealed that the cellular telephone associated with telephone number              is a prepaid cellular telephone.

15.    At approximately 1:16 p.m. (PST) on July 15, 2008, Detective Palchak was conducting an online undercover session and engaged in an online chat with "Givesamouthful." During this time, other agents were conducting surveillance at an area known to be frequented by "Givesamouthful" during past communications, specifically, the Campbell City Library, in Campbell, California. During the online session, "Givesamouthful" sent to Detective Palchak an image of a child. After receiving the image, Detective Palchak placed a cellular telephone call to "Givesamouthful" at telephone number              . Surveillance agents at the Campbell City Library observed a man at the library answer his cellular telephone. The agents approached and

Page -4-

spoke to the man who answered his cellular telephone in the library. Detective Palchak was able to hear this interaction between "Givesamouthful" and the surveillance agents, as the cellular call was still active.

16. Subsequent investigation revealed that "Givesamouthful's" true name is Erik Martin Lamb. Lamb was interviewed by Detective Palchak and Agent Scheible. During the interview Lamb admitted to sending child pornography to Detective Palchak's undercover account. Lamb also stated that he was previously in treatment for child pornography, and claimed that he had a prior arrest for allegedly molesting his cousin. Lamb stated that the allegation was false, but also indicated that he pled guilty to this offense. Thus far investigators have been unable to verify any prior arrests for Lamb.

Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that Erik Martin Lamb has violated Title 18, United States Code, Section 2252, titled "Certain activities relating to material involving the sexual exploitation of minors." In consideration of the foregoing, your affiant respectfully requests that the United States District Court issue an arrest warrant for Erik Martin Lamb.

Detective Jonathan Andrews
Internet Crimes Against Children Task Force
Metropolitan Police Department

JUL 1 6 2008

Swom and subscribed before me this _____ day of July, 2008.

United States Magistrate Judge

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ERIK MARTIN LAMB

CR 08-224 (JDB)

**WARRANT FOR ARREST**

CASE NUMBER: 08-438-M-01

**SEALED**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ERIK MARTIN LAMB**
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly, transport or ship in interstate or foreign commerce, by any means, including by computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct

in violation of Title __18__ United States Code, Section(s) § 2252

**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer

JUL 16 2008   District of Columbia
Date and Location

Bail fixed at $ HOLD   by *[signature]* ROBINSON
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | INVESTIGATE COPY ONLY ORIGINAL ON FILE WITH US MARSHALL RM 2th FLOOR | |

CR 08-224 (JDB)

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 8 | | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK P. Cromwell | | REPORTER/FTR FTR | | |
| MAGISTRATE JUDGE Howard R. Lloyd | DATE July 21, 2008 | | NEW CASE ☐ | CASE NUMBER 08-mj-70443HRL | |

**APPEARANCES** — SEALED

| DEFENDANT Erik Martin Lamb | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Cynthia Lie | PD ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Eumi Choi | INTERPRETER | | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER A. Granados | | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT |
|---|---|---|---|

FILED JUL 21 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF Columbia

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: July 30, 2008 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. Patricia V. Trumbull | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

cc: C. Lew

If Indictment filed in District of Offense before 7/30/08 then Preliminary hearing to be vacated.

DOCUMENT NUMBER: 3

CR 08-224 (JDB)

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 4 | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK P. Cromwell | | REPORTER/FTR FTR |
| MAGISTRATE JUDGE Howard R. Lloyd | | DATE July 16, 2008 | NEW CASE ☐ | CASE NUMBER 08-mj-70443HRL |

## APPEARANCES

| DEFENDANT Erik Martin Lamb | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Cynthia Lie | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Eumi Choi | INTERPRETER | | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER J. Carranza | | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ PARTIAL PAYMENT ☐ OF CJA FEES |

SEALED

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |

| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: July 21, 2008 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 11:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. Howard R. Lloyd | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

DOCUMENT NUMBER:

CLOSED, E-Filing, REMOVE

# U.S. District Court
## California Northern District (San Jose) CR 08-224 (JDB)
### CRIMINAL DOCKET FOR CASE #: 5:08-mj-70443-HRL-1
### Internal Use Only

**SEALED**

Case title: USA v. Lamb
Other court case number: 08-438-m-01 USDC, Colombia, Washington

Date Filed: 07/16/2008
Date Terminated: 07/21/2008

Assigned to: Magistrate Judge Howard R. Lloyd

**Defendant (1)**

**Erik Martin Lamb**
*TERMINATED: 07/21/2008*

represented by **Cynthia Chin Young Lie**
Federal Public Defender
Suite 575
160 W. Santa Clara St.
San Jose, CA 95113
408-291-7753
Fax: 408-291-7399
Email: cynthia_lie@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office. ATTEST FILED: RICHARD W. WIEKING Clerk, U.S. District Court Northern District of California By: _____ Deputy Clerk Date: JUL 21 2008

**Pending Counts**                              **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                           **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                  **Disposition**

18:2252

**Plaintiff**

USA                             represented by   **Eumi L. Choi**
                                                 Assistant United States Attorney
                                                 150 Almaden Blvd, Suite 900
                                                 San Jose, CA 95113
                                                 408-535-5079
                                                 Fax: 408-535-5066
                                                 Email: Eumi.Choi@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2008 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Erik Martin Lamb (1). (cfe, Court Staff) (Filed on 7/16/2008) (Entered: 07/16/2008) |
| 07/16/2008 | 2 | Minute Entry for proceedings held before Magistrate Judge Howard R. Lloyd:Initial Appearance; attorney Cynthia Chin Young Lie present as to Erik Martin Lamb held on 7/16/2008, CJA23 Submitted as to Erik Martin Lamb. Detention Hearing set for 7/21/2008 11:00 AM before Magistrate Judge Howard R. Lloyd. (Court Reporter FTR.) (cfe, Court Staff) (Filed on 7/16/2008) (Entered: 07/16/2008) |
| 07/16/2008 |   | CASE DESIGNATED for Electronic Filing. (Entered: 07/16/2008) |
| 07/21/2008 | 3 | Minute Entry for proceedings held before Magistrate Judge Howard R. Lloyd:Detention Hearing as to Erik Martin Lamb held on 7/21/2008 Preliminary Examination set for 7/30/2008 09:30 AM before Magistrate Judge Patricia V. Trumbull. If Indictment is filed in District of Offense before 7/30/08 Preliminary Hearing is VACATED. (Tape #FTR.) (pmc, COURT STAFF) (Filed on 7/21/2008) Modified on 7/21/2008 (cfe, Court Staff). (Entered: 07/21/2008) |
| 07/21/2008 | 4 | WAIVER of Rule 5 & 5.1 Hearings by Erik Martin Lamb (cfe, Court Staff) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 5 | ORDER OF DETENTION as to Erik Martin Lamb. Signed by Judge Magistrate Judge Howard R. Lloyd on 7/21/08. (cfe, Court Staff) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Erik Martin Lamb. Defendant committed to District of USDC, Columbia. Signed by Judge Magistrate Judge Howard R. Lloyd on 7/21/08. (cfe, Court Staff) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 |   | (Court only) ***Case Terminated as to Erik Martin Lamb (Entered: 07/21/2008) |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

SEALED

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

FILED

JUL 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

V.

__Erik Martin Lamb__

Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)   CR 08-224 (JDB)

CASE   CR 08-70443 HRL

CHARGING DISTRICTS
CASE NUMBER:   08-438-m-01

I understand that charges are pending in _____ District of __Columbia__

alleging violation of __18 USC 2252__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary hearing

(✓) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

__7/21/08__
Date

_____
Defense Counsel

UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**SEALED**

CR 08-224 (JDB)

UNITED STATES OF AMERICA, Plaintiff,  Case Number  08-mj-704443HRL

v.

ERIK MARTIN LAMB, Defendant.    ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on July 21, 2008. Defendant was present, represented by his attorney Cynthia Lie AFPD. The United States was represented by Assistant U.S. Attorney Eumi Choi.

**PART I. PRESUMPTIONS APPLICABLE**

/ / The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and the defendant has been convicted of a prior offense described in 18 U.S.C. § 3142(f)(1) while on release pending trial for a federal, state or local offense, and a period of not more than five (5) years has elapsed since the date of conviction or the release of the person from imprisonment, whichever is later.

This establishes a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

/ / There is probable cause based upon (the indictment) (the facts found in Part IV below) to believe that the defendant has committed an offense

    A.    __    for which a maximum term of imprisonment of 10 years or more is prescribed in 21 U.S.C. § 801 et seq., § 951 et seq., or § 955a et seq., OR

    B.    __    under 18 U.S.C. § 924(c): use of a firearm during the commission of a felony.

This establishes a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

[X] No presumption applies.

**FILED**
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**PART II. REBUTTAL OF PRESUMPTIONS, IF APPLICABLE**

/ / The defendant has not come forward with sufficient evidence to rebut the applicable presumption[s] and he therefore will be ordered detained.

/ / The defendant has come forward with evidence to rebut the applicable presumption[s] to wit: .

Thus, the burden of proof shifts back to the United States.

**PART III. PROOF (WHERE PRESUMPTIONS REBUTTED OR INAPPLICABLE)**

[X] The United States has proved to a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, AND/OR

[X] The United States has proved by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

**PART IV. WRITTEN FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

/ / The Court has taken into account the factors set out in 18 U.S.C. § 3142(g) and all of the information submitted at the hearing and finds as follows:

[X] Defendant, his attorney, and the AUSA have waived written findings.

**PART V. DIRECTIONS REGARDING DETENTION**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: 7/21/08

_____
HOWARD R. LLOYD
United States Magistrate Judge

AUSA ___, ATTY ____, PTS ____