**SEALED**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Fid# 1541293

UNITED STATES OF AMERICA

v.

ERIK MARTIN LAMB

**FILED**
AUG 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR: 08-224 (JDB)

**WARRANT FOR ARREST**

CASE NUMBER: 08-438 M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>ERIK MARTIN LAMB</u>
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly, transport or ship in interstate or foreign commerce, by any means, including by computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct

in violation of Title __18__ United States Code, Section(s) __§ 2252__.

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

Signature of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Title of Issuing Officer    District of Columbia

JUL 16 2008

Date and Location

RECEIVED WARRANT SECTION 2008 JUL 17 AM 8:00

Bail fixed at $ __H00B__    by _____
                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-17-08 | Per Recording officer DUSM D. Tolliver | [signature] |
| DATE OF ARREST 8-12-2008 | | |