UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-0224 (JDB) |
| | : | |
| v. | : | **FILED** |
| | : | |
| ERIK M. LAMB | : | AUG 1 9 2008 |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

### ORDER

Upon oral motion of the Government, and for good cause shown, it is this 19th day of August, 2008, hereby ORDERED that the United States Marshal Service transport the defendant, Erik M. Lamb, on the morning of August 20, 2008, to the United States District Court cellblock in Washington, D.C., and from there release him to the custody of Metropolitan Police Department Detective Jonathan Andrews, who will take the defendant to the central cellblock at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing and processing on the charges contained in the indictment returned against him in this case. Upon the completion of the booking process, Lamb shall be returned no later than 3:00 p.m. to the cellblock at the United States District Court at 333 Constitution Avenue, N.W., Washington, D.C., for further transport back to the D.C. Jail by the United States Marshal Service.

_____
JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE